E-FILED
Wednesday, 10 August, 2005  08:34:45 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

August 4, 2005

United States District Court
Central District of **Illinois**
Office of the Clerk of Court
151 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701

RE: Yarborough v. Mensing
    Civil Case No. 05-453-GPM

Dear Clerk:

On 8/2/05, an Order by the Honorable G. Patrick Murphy, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court, Central District of Illinois.

Enclosed is original document 1. Also enclosed is a certified copy of the docket sheet. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is "guestilsd" and the password is "guest01". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

Sincerely,

Norbert G. Jaworski, Clerk

By: /s/ TJ Hickey
    Deputy Clerk

Enclosures

Receipt Acknowledged on: _____
By:_____

CV-18
(6/04)

CJRA_T, CLOSED, FILE_CREATED, HABEAS

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00453-GPM

Yarborough v. Mensing
Assigned to: Chief Judge G. Patrick Murphy
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/24/2005
Jury Demand: None
Nature of Suit: 310 Airplane
Jurisdiction: Federal Question

**Petitioner**

**Micah Yarborough**    represented by    **Micah Yarborough**
R34632
VANDALIA CORRECTIONAL
CENTER
P.O. Box 500
Vandalia, IL 62471
PRO SE

V.

**Respondent**

**Steven M Mensing**

**Respondent**

**Attorney General of the State of Illinois**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2005 | 1 | PETITION for Writ of Habeas Corpus, filed by Micah Yarborough.(jao) (Entered: 06/28/2005) |
| 06/24/2005 | 2 | Letter from USDC to Petitioner informing same of case number and filing fee requirements. (jao) (Entered: 06/28/2005) |
| 07/12/2005 |  | Filing fee: $ 5.00, receipt number 300 106013 (myz) (Entered: 07/27/2005) |
| 08/02/2005 | 3 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to CD Illinois, Peoria Division. Signed by Judge G. Patrick Murphy on 8/1/05. (eed) (Entered: 08/02/2005) |
| 08/04/2005 | 4 | Letter from SDIL to CDIL (tjh) (Entered: 08/04/2005) |

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY _____
        8/4/05      Deputy Clerk
DATE _____



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICAH YARBOROUGH, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 05-453-GPM |
| STEVEN M. MENSING, et al., | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

In this habeas corpus action filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 2004 conviction for aggravated domestic battery.

Petitioner was convicted in McLean County, Illinois, which is situated in the federal judicial district for the Central District of Illinois. 28 U.S.C. § 93(b). He is confined in this District in the Vandalia Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Central District have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Central District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there, as may most of the participants in his trial. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of Illinois, Peoria Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243, 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor



any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

DATED: 08/01/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
