**E-FILED**
Friday, 30 September, 2005   02:16:30 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Micah Yarborough**

vs.                                                              Case Number:   **05-1231**

**Steven M. Mensing**
**Attorney General of the State of Illinois**

  **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Judgment is entered denying Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 USC Section 2254. Case terminated.

ENTER this 30th day of September, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox
_____
BY:  DEPUTY CLERK