**E-FILED**
Wednesday, 26 October, 2005  12:34:22 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICAH YARBOROUGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 05-1231 |
| | ) | |
| STEVEN M. MENSING, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>O R D E R</u>

Before the Court is Micah Yarborough's ("Yarborough's") Motion to Reconsider [Doc. # 8].  This Court previously dismissed Yarborough's habeas petition because he procedurally defaulted his claims by not exhausting his state court remedies.  In so doing, the Court found that Yarborough had not submitted any evidence to suggest he was innocent of the crime to which he pled guilty. Yarborough now argues that he had intended to file a brief that would contain relevant evidence, but he had not received any correspondence from this Court after his case was transferred in from another district and he was not aware that a case had been opened in this district.  Yarborough asks for 30 days to submit a brief along with evidence to support his habeas petition.  The Court will allow Yarborough 30 days to submit a brief after which the Court will rule on his current motion.

IT IS THEREFORE ORDERED that Yarborough has 30 days from the date of this Order to submit a brief in support of his habeas petition.

IT IS FURTHER ORDERED that Yarborough's Motion to Reconsider

[Doc. # 8] will be held in abeyance until after his brief has been
filed or until after the time for filing the brief has expired.

    Entered this  26th  day of October, 2005.


                          s/ Joe B. McDade
                          JOE BILLY McDADE
                United States District Judge