## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICAH YARBOROUGH,           )<br>                             )<br>      Petitioner,           )<br>                             )<br>      v.                     )<br>                             )<br>STEVEN M. MENSING, WARDEN,   )<br>                             )<br>      Respondent.            ) | Case No. 05-1231 |

## **O R D E R**

Before the Court is Micah Yarborough's ("Yarborough's") Motion to Reconsider [Doc. # 8].  This Court previously dismissed Yarborough's habeas petition because he procedurally defaulted his claims by not exhausting his state court remedies.  In so doing, the Court found that Yarborough had not submitted any evidence to suggest he was innocent of the crime to which he pled guilty.  Yarborough then filed the current motion, arguing that he had intended to file a brief that would contain relevant evidence.  The Court allowed additional time for Yarborough to submit a brief; he has now done so.

While Yarborough has included with his brief "character" statements and various articles related to the act of "fisting," he has not submitted the type of evidence that would establish his innocence so as to excuse his procedural default. Cf. Crist v. Dolan, No. 97-4116, 1998 WL 516760 at **2 (7th Cir. 1998) (actual innocence standard not satisfied where petitioner offered no "'new reliable evidence--whether it be exculpatory scientific evidence, trustworthy eyewitness accounts, or critical physical

evidence--that was not presented at trial,'" <u>citing</u> <u>Schlup v. Delo</u>, 513 U.S. 298, 327 (1995) (unpublished disposition).  Consequently, his motion is denied.

    IT IS THEREFORE ORDERED that Yarborough's Motion to Reconsider [Doc. # 8] is DENIED.

    Entered this __29th__ day of November, 2005.

                                          s/ Joe B. McDade
                                          JOE BILLY McDADE
                                          United States District Judge